No. 15,763.

NEWMYER *v.* NEWMYER.
(192 P. [2d] 448)

Decided March 29, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE HILLIARD and MR. JUSTICE ALTER, participating.

Mr. RALPH L. CARR, Mr. WILBUR E. ROCCHIO, for plaintiff in error.

Mr. GEORGE M. CORLETT, Mr. CHARLES R. CORLETT, for defendant in error.